**United States District Court for the Southern District of Iowa**

Presiding: Honorable Stephen H. Locher, U.S. District Judge
Criminal No. 4:24-cr-00149-SHL-HCA-1

Clerk's Court Minutes – Sentencing

UNITED STATES OF AMERICA VS. MATTHEW SCOTT BEAL

Gov. Atty(s): Laura Marie Roan
Def. Atty(s): Joseph D. Herrold
Court Reporter: Tonya Gerke
Interpreter: N/A

: ✔ Indictment    Superseding Indictment    Information
: In  3  Count(s) – Code Violation:
: Ct 1: 18:2251(a), 2251(e) Sexual Exploitation and Attempted Sexual Exploitation of a Child
: Ct 2: 18:2252A(a)(2), 2252A(b)(1) Distribution of Child Pornography
: Ct 3: 18:2252A(a)(5)(B), 2252A(b)(2) Possession of Child Pornography

Date: September 10, 2025
Time Start: 9:30 a.m.   Time End: 10:05 a.m.

✔ Defendant reaffirmed guilty plea to Count(s) 1
   Jury    Court guilty verdict to Count(s)

: ✔ Court adopted findings of Final PSR
:    Final PSR as amended

Minutes:

The defendant is present and represented by Assistant Federal Public Defender Joseph D. Herrold. The government is represented by Assistant United States Attorney Laura Marie Roan. U.S. Probation Officer Daniel Prather is also present. The parties discuss the Presentence Investigation Report (PSR) findings. Neither party has any remaining objections to the PSR. The Court therefore adopts the findings of the Final PSR. Total Offense Level = 37; Criminal History Category = I; Guideline Imprisonment Range = 210 to 262 months. The Court confirms receipt and consideration of the letters of support filed at ECF 53. The defense argues as to the appropriate sentence to be imposed. The defendant allocutes. Victim impact statement is read. The government argues as to the appropriate sentence to be imposed. The Court pronounces sentence. The defendant is advised of appeal rights. Court adjourns.

Sentence Imposed:

The defendant is sentenced to the custody of the BOP for a term of 216 months as to Count 1 of the Indictment. Upon release, the defendant shall serve a supervised release term of five years. The defendant shall pay $15,938.50 in restitution and a $100.00 special assessment to the Crime Victims' Fund. Forfeiture is ordered consistent with the Preliminary Order of Forfeiture filed at ECF 48.

Counts 2 and 3 are dismissed on the government's motion. The defendant is remanded to the custody of the U.S. Marshal.

/s/ M. Mast
Deputy Clerk